IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CRAGIE LEE ALLEN                                                              PLAINTIFF

V.                              NO. 5:10CV00338 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 16th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE